EXHIBIT "A"



# SINGH, SINGH & TRAUBEN, LLP

### ATTORNEYS AT LAW
### BEVERLY HILLS

SIMRAN A. SINGH, ESQ. *
DALJINDER SINGH, ESQ. ^
MICHAEL A. TRAUBEN, ESQ. +
THOMAS K. RICHARDS, ESQ. ~
CHRISTOPHER R. NAVARRO, ESQ.*
MICHAEL JON SAMUELS, ESQ. ~
JUSTIN R. TRAUBEN, ESQ.
JONATHAN E. LARR, ESQ.
MICHELLE YEGIYANTS, ESQ.

\* Admitted in California and Florida.
^ Admitted in California, Florida, New York and Washington.
+ Admitted in California, Florida and Michigan.
~ Admitted in California and New York.

Justin R. Trauben
Telephone: 310.856.9705
jtrauben@singhtraubenlaw.com

August 1, 2025

**VIA ELECTRONIC AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Shein Distribution Corporation
Shein US Services, LLC
Shein Technology LLC
757 S Alameda St Suite 220
Los Angeles, California 90021
legal@shein.com

With copy to:

Paracorp Incorporated
Attn.: Shein US Services, LLC
2804 Gateway Oaks Dr.
Sacramento, California 95833

> **Re:**   *Q Productions, Inc., et al. v. Shein Distribution Corporation, et al.*
>
>   **Selena | Demand for Cessation of Infringement**

To Whom It May Concern:

We are writing in representation of Q Productions, Inc. ("**Q Productions**"), the Estate of Selena Quintanilla, and Suzette Quintanilla ("**Quintanilla**") (individually and collectively, the "**Estate**"), specifically in connection with your unauthorized promotion and sale of services and/or merchandize through or containing the name, identity, image and depicted likeness of

**SINGH, SINGH & TRAUBEN, LLP**

400 S. BEVERLY DRIVE • SUITE 240 • BEVERLY HILLS, CA 90212 • TEL 310.856.9705 • FAX 888.734.3555
WWW.SINGHTRAUBENLAW.COM



Selena Quintanilla ("**Selena**"), and registered Selena trademarks. The Estate is the <u>sole and exclusive</u> owner of all rights of publicity in and to the name, image and likeness of Selena[1] and the registered trademark owner for the iconic Selena logos, Registered Trademark Nos. 4160607 and 5522456 (the "**Selena Marks**").

Shein Distribution Corporation, Shein US Services, LLC and Shein Technology LLC (invidually and collectively "**SHEIN**" or "**you**") are actively marketing and promoting infringing merchandise through its website, https://us.shein.com, and various social media profiles. This merchandise includes, but is not limited to, countless t-shirts and related merchandise featuring Selena's likeness and infringing the Selena Marks. These actions (collectively, the "**Infringing Activities**") directly and materially violate the Estate's rights. A composite compilation of evidence documenting the Infringing Activities is attached hereto as **Exhibit "A"**.

To be clear, such knowing sale, advertising and/or promotion of goods and/or services containing Selena's image and likeness is a direct violation of California law under California Civil Code § 3344 for commercial misappropriation and Texas law under Tex. Prop. Code Ann. § 26.001 *et seq*. Simply, <u>*any* distribution or promotion of infringing products through the infringement of The Estate's exclusive rights</u>, whether online or in person, whether custom created by your end-users or created by you directly, is strictly prohibited. For claims brought under Texas' statutory Right of Publicity, the statute provides for a whole host of legal remedies, including, damages suffered by The Estate, your profits, exemplary damages and attorneys' fees and expenses. *See* Tex. Prop. Code Ann. § 26.013.

Accordingly, we hereby demand that you **<u>immediately cease and desist</u>** the creation, design, sale, marketing, promotion, distribution and display of any and all goods and/or services that contain any of the name, image, likeness or depiction of Selena or the Selena Marks, including, without limitation, the identified Infringing Activities. We further demand that you refrain from any similarly infringing conduct in the future. Specifically, the Estate demands that you hereafter cease and desist in the creation, design, sale, marketing, promotion, distribution and/or display of any and all goods and/or services that contain any of the name, image, likeness or depiction of Selena or the Selena Marks.

**Within seven (7) business days from the date of this notice, you are hereby directed to provide the Estate, care of the undersigned law firm, with a full, detailed, and accurate accounting of all revenues and profits realized by SHEIN to date in connection with its marketing, promotion, and sale of unauthorized merchandise exploiting the name, identity, image, and likeness of Selena and/or the unauthorized use of the Selena Mark.**

We further demand that all necessary steps are taken to identify, retain, and preserve all emails, text messages, social media posts, messages sent via social media or related platforms, documents, tangible items, and all other electronically stored information in your possession,

---

[1] Quintanilla is registered as the successor-in-interest to Selena's right of publicity with the California Secretary of State in conformity with Cal. Civ. Code § 3344.1 and the Texas Secretary of State in conformity with Chapter 26 of the Texas Prop. Code and Chapter 76 of the Texas Administrative Code. The Estate owns one hundred percent (100%) of all rights in and to Selena's name and likeness.



custody, or control that may contain information that is relevant to the claims and defenses in this dispute. Be advised that any deletion of such data or information may constitute evidence spoliation. This data includes not only information that can be perceived and read by your computer systems, but also all data resident on relevant electronic media that cannot be perceived by your computer system but that can be recovered and analyzed using computer forensic techniques.

Nothing herein contained shall be deemed a waiver of any of the Estate's rights or remedies, in law or in equity, regarding the nature of this dispute, any of which not hereinabove set forth are hereby specifically reserved.

We look forward to your prompt response.

Sincerely,

Justin R. Trauben

JRT/nh

EXHIBIT "A"



# SHEIN

FREE STANDARD SHIPPING
*CONDITIONS APPLY

FREE RETURNS
*CONDITIONS APPLY

PRICE DROP
PRICING & TARIFF FAQ

🔍

👤  🛒 0  ♡ 0  🌐

Categories ⌄   New In   Sale   Women Clothing   Beachwear   Kids   Curve   Men Clothing   Shoes   Underwear & Sleepwear   ⟨ ⟩

Home > Sports & Outdoor > Men Outdoor Apparel > Men Outdoor Tops > Men Outdoor Tees & Tanks > Excellent Selena Prez Inspired Men'S Black Cotton T-Shirt



HOTSELLERS ✦  SCHOOL DEALS   66% OFF

Excellent Selena Prez Inspired Men'S Black Cotton T-Shirt - Comfortable Round Neck, Short Sleeves With Vibrant... ⌄

SKU: st25071633586536429 ⧉

**$9.14** ~~$26.68~~ **-66%**

Limited Time Price Drop ⟩



### Size

S   M   L   XL   XXL

XXXL

All Size are eligible for QuickShip

Qty:  −  1  +

**ADD TO CART**
66% off discount   ♡

Earn up to 9 SHEIN Points calculated at checkout.



**Warehouse 1 to** United States

🚚 **Free Shipping (If orders ≥ $29.00 from this seller) & QuickShip** ?
Standard Shipping Estimated Delivery: 08/07/2025-08/13/2025
68.95% are ≤ 4 business days ?

↩ Return Policy ?
Free Return & Exchange

🛡 Shopping Security ?   ⟨ 1/2 ⟩
✓ Safe Payments   ✓ Secure Logistics   ✓ Customer Service ⌄

Marketplace **Sold by xingm**
Ships from xingm US Warehouse
To report this seller and/or product ⟩

Marketplace Sold by xingm
Ships from xingm US Warehouse
To report this seller and/or product ⟩

Description  +

About Store  −



xingm  3P Seller
4.77 Rating   1K Items   1 Followers

All Items   + Follow

## More Details(5)

  

Cuff neat line

Reinforce through shoulder layering

## Customers Also Viewed



Men's Vintage …
$9.12
1.0k+ sold
QuickShip  Free Ship




Heavy Metal S…
$9.12
QuickShip  Free Ship




Hogan T-Shirt …
$9.12
QuickShip  Free Ship



Men's Heavyw…
$9.12
QuickShip  Free Ship



Blizzard Of Oz…
$9.12
QuickShip  Free Ship


Jeff Buckley Gr…


Youngboy Nev…


Top - Frank Oc…


Baecation Matc…


[New Hip Hop …

$9.12    $9.02    $11.38    $9.18    $9.09

QuickShip  Free Ship  QuickShip  Free Ship  QuickShip  Free Ship  QuickShip  Free Ship  QuickShip  Free Ship







HOTSELLERS  SCHOOL DEALS  Save $17.56  |  HOTSELLERS  SCHOOL DEALS  Save $17.66  |  HOTSELLERS  SCHOOL DEALS  Save $17.36  |  HOTSELLERS  SCHOOL DEALS  Save $17.36  |  HOTSELLERS  SCHOOL DEALS  Save $17.36

-66%  Y2K Men's Cas...  |  -66%  'Youngboy Nev...  |  -66%  Exclusive Desi...  |  -66%  D Rose All Star...  |  -66%  Men's Redd Gh...

$9.12    $9.02    $9.12    $9.12    $9.12
            200+ sold   100+ sold   200+ sold

QuickShip  Free Ship  QuickShip  Free Ship  QuickShip  Free Ship  QuickShip  Free Ship  QuickShip  Free Ship

**View More**

GET EXTRA 30%

---

**COMPANY INFO**

About SHEIN
Sustainability
Fashion Blogger
Supply Chain
Careers
Student Discount
SHEIN101

**HELP & SUPPORT**

Shipping Info
Returns
Refunds
How to Order
How to Track
Size Guide
SHEIN VIP
Sell on SHEIN

**CUSTOMER CARE**

Contact Us
Payment & Tax
Bonus Point
Recalls
Coupon

**FIND US ON**

    



**DOWNLOAD SHEIN APP TO SAVE MORE!**

SIGN UP FOR SHEIN STYLE NEWS

Your Email Address          Subscribe

US + 1 ▼   WhatsApp Account          Subscribe

By clicking the SUBSCRIBE button, you are agreeing to our Privacy & Cookie Policy
If you want to unsubsribe the marketing email, please proceed to our privacy cen

🚚 **FREE STANDARD SHIPPING** *CONDITIONS APPLY    📦 **FREE RETURNS** *CONDITIONS APPLY    🏷️ **PRICE DROP** PRICING & TARIFF FAQ

# SHEIN

selena t shirt ✕ 🔍    👤 🛒 0    ♡ 0 🌐

Categories ⌄    New In    Sale    Women Clothing    Beachwear    Kids    Curve    Men Clothing    Shoes    Underwear & Sleepwear    ‹ ›

Search results for **"Selena T Shirt"**

Sort By **Recommend** ⌄    🚢 QuickShip


HOTSELLERS  Save $15.61
-60% Retro T-Shirt - Trib...
**$10.47**
🚢 QuickShip    Free Shipping


HOTSELLERS  Save $18.51
Trends #SummerHoliday ›
-71% Selena Quintanira ...
**$7.57** 200+ sold
🚢 QuickShip


HOTSELLERS  Save $15.61
-60% Selena And A Aliya...
**$10.47** 70+ sold
🚢 QuickShip


NEW FINDS  LIMITED-TIME DEALS  66% OFF
-66% Men'S Casual Blac...
🕐 **$9.12**
🚢 QuickShip


HOTSELLERS  Save $15.66
-64% Selena Forever W...
🕐 **$8.62** 50+ sold
🚢 QuickShip


-65% Selena Colorful Re...
**$8.99**
🚢 QuickShip


-45% Funny Selena Wo...
**$14.38** 70+ sold
🚢 QuickShip


HOTSELLERS  Save $18.51
-71% Inspired By Selena...
**$7.57**
🚢 QuickShip


HOTSELLERS  Save $16.18
-63% Excellent Selena P...
**$9.70**
🚢 QuickShip    Free Shipping

## Filter

### Category  —
- ○ Women Apparel  +
- ○ Men  +
- ○ Sports & Outdoor  +
- ○ Kids  +
- ○ Underwear & Sleepwear  +
- ○ Bags & Luggage  +

### Style  —
- ☐ Casual
- ☐ Sexy
- ☐ Cute
- ☐ Party
- ☐ Street

### Pattern Type  —
- ☐ Letter
- ☐ Slogan
- ☐ Cartoon
- ☐ Camo
- ☐ Galaxy
- ☐ Colorblock
- + View More

### Size  —
- ☐ XS    ☐ S
- ☐ M    ☐ L
- ☐ XL    ☐ XXL
- + View More

### Length  —

3 other sellers ›



NEW FINDS | LIMITED-TIME DEALS | 65% OFF



-65% Selena Forever M...

**$9.19**

🛒 QuickShip



HOTSELLERS | SCHOOL DEALS | Save $16.55



-61% Selena Double Sid...

**$10.53**

🛒 QuickShip



NEW FINDS | LIMITED-TIME DEALS | 64% OFF



-64% Selena Graphic C...

**$9.31**

🛒 QuickShip



HOTSELLERS | SCHOOL DEALS | Save $18.93



-65% Selena - Selena Bi...

**$10.05**

🛒 QuickShip





-45% Vintage Selenas Q...

**$14.38**

🛒 QuickShip



HOTSELLERS | SCHOOL DEALS | Save $17.81



-63% Selena-Style Wom...

**$10.27**

🛒 QuickShip



NEW FINDS | LIMITED-TIME DEALS | 66% OFF

-66% Men's Round Neck...

🕐 **$9.12**

🛒 QuickShip





-67% Selena Inspired W...

🕐 **$9.47**

🛒 QuickShip



HOTSELLERS | SCHOOL DEALS | Save $16.20



-67% Selena-Inspired W...

**$7.88**

🛒 QuickShip









-45% 2025 Selena Fore...

$14.38

QuickShip

Selena "Dreaming ...

$9.91

QuickShip

-52% Selena Pérez Vint...

$13.99

QuickShip    Free Shipping

-25% 100% Cotton Anyt...

$10.50

QuickShip    Free Shipping

-70% Selena And A Aliya...

$11.99

QuickShip    Free Shipping

-45% Aria Selena T-Shirt...

$14.98

QuickShip

-65% Selena Forever W...

$9.18

QuickShip

-66% Selena Portrait Gr...

$8.74

QuickShip

Trends #FlowerSeason ›

-45% Official Selena Go...

$14.38

QuickShip

-69% Selena Graphic Te...

$8.02

QuickShip

-67% Men's Black Cotto...

$8.85

QuickShip

-67% Loteria - Cantante ...

$9.76

QuickShip









HOTSELLERS **Save $19.09**
NEW FINDS LIMITED-TIME DEALS **64% OFF**
HOTSELLERS **Save $15.66**

-66% Selena Women's ...
-64% 1pc Women'S Sel...
-64% Selena Forever W...

**$9.89**
**$9.31**
⏱ **$8.62**

🚚 QuickShip
🚚 QuickShip
🚚 QuickShip





HOTSELLERS **Save $16.25**
NEW FINDS LIMITED-TIME DEALS **60% OFF**

*Trends* #SummerHoliday ›

-45% Funny Selena-Insp...
-60% 1pcs Selena Doubl...
-60% Graphic Tee Casu...

**$14.38**
**$10.83**
**$10.96**

🚚 QuickShip
🚚 QuickShip
🚚 QuickShip





HOTSELLERS **Save $17.93**
HOTSELLERS **Save $16.95**

-65% SELENA GRAPHI...
-69% Payeah Selena M...
-65% Selena Forever T-...

⏱ **$9.22**
**$7.95**
⏱ **$9.13**

🚚 QuickShip
🚚 QuickShip
🚚 QuickShip





HOTSELLERS **Save $10.66**

| | | |
|---|---|---|
| -21% 100% Cotton Tea... | -53% Men's Sports Sele... | -48% Plus Size Selena ... |
| 🕐 $11.01 | $9.34 | $13.58 |
| ✅ QuickShip  Free Shipping | ✅ QuickShip  Free Shipping | ✅ QuickShip  Free Shipping |



| | | |
|---|---|---|
| HOTSELLERS  SCHOOL DEALS  Save $16.41 | NEW FINDS  LIMITED-TIME DEALS  55% OFF | NEW FINDS  LIMITED-TIME DEALS  57% OFF |
| -63% 1pcs Perez Portrai... | -55% Women's Summer... | -57% Selena Gomezs T-... |
| $9.67 | $7.10 | 🕐 $11.27 |
| ✅ QuickShip | ✅ QuickShip | ✅ QuickShip |

| | | |
|---|---|---|
| HOTSELLERS  SCHOOL DEALS  Save $14.89 | | HOTSELLERS  SCHOOL DEALS  Save $16.25 |
| -58% Selena Eternal Me... | -45% Comfortable Sum... | -60% Selena Double Sid... |
| $10.99 | $14.38 | $10.83 |
| ✅ QuickShip  Free Shipping | ✅ QuickShip | ✅ QuickShip |
| 1 other sellers ❯ | | |

  
  
 


| | | |
|---|---|---|
| | HOTSELLERS  SCHOOL DEALS  Save $28.05 | PAYEAH  HOTSELLERS  SCHOOL DEALS  Save $19.16 |
| -52% & Selena Graphic ... | -70% & Selena Graphic ... | -66% Payeah Women's ... |
| $13.99 | $12.02 | $9.82 |
| ✅ QuickShip  Free Shipping | ✅ QuickShip  Free Shipping | ✅ QuickShip |

  



-45% Selena Amor Prohi...

$14.38

QuickShip

-64% Selena Forever W...

HOTSELLERS · SCHOOL DEALS · Save $15.66

$8.62

QuickShip

1 other sellers

-45% Funny Selena Wo...

$14.38

QuickShip

-70% 1pcs Selena Amor ...

$11.99

QuickShip    Free Shipping

NEW FINDS · LIMITED-TIME DEALS · 55% OFF

-55% I HEART LOVE S...

$11.77

QuickShip    Free Shipping

NEW FINDS · LIMITED-TIME DEALS · 64% OFF

-64% Excellent Selena P...

$9.31

QuickShip

1 other sellers

HOTSELLERS · SCHOOL DEALS · Save $16.64

-66% Selena Graphic T-...

$8.64

QuickShip

1 other sellers

Trends #RedFiestaVibes

-45% Vintage Selena An...

$14.98

QuickShip

HOTSELLERS · SCHOOL DEALS · Save $18.51

-71% Selena Quintanira ...

$7.57

QuickShip

-50% Men's Selena Quin...

HOTSELLERS · SCHOOL DEALS · Save $15.18

-63% [Selena-Style T-Sh...

HOTSELLERS · SCHOOL DEALS · Save $25.01

-64% (100% Cotton Sele...

🕐 $13.07     $9.10     $13.99

✅ QuickShip    ✅ QuickShip    ✅ QuickShip  Free Shipping











-67% Classic Cotton Sh…    -46% Selena Memory R…    -64% Retro Selena Shirt…

$8.68     $9.98     🕐 $13.99

✅ QuickShip    ✅ QuickShip    ✅ QuickShip  Free Shipping









-67% Selena's Style 90s…    -61% Selena Double Sid…    -52% & Selena Graphic …

🕐 $9.47     $10.53     $9.59

✅ QuickShip    ✅ QuickShip    ✅ QuickShip  Free Shipping









-45% 2025 Selena T-Shi…    -58% Selena Eternal Pat…    -58% T-Shirt Selena Per…

$14.38     $10.99     $10.99

✅ QuickShip    ✅ QuickShip  Free Shipping    ✅ QuickShip  Free Shipping









HOTSELLERS  SCHOOL DEALS  Save $15.90

-62% Selena Colorful Re...
$9.58
QuickShip

-70% Retro Selena Shirt...
$11.98   Free Shipping
QuickShip   Free Shipping

NEW FINDS  LIMITED-TIME DEALS  58% OFF
-58% Selena T-Shirt La ...
$10.99   Free Shipping
QuickShip   Free Shipping

HOTSELLERS  SCHOOL DEALS  Save $16.25
-60% Selena Double Sid...
$10.83
QuickShip

NEW FINDS  LIMITED-TIME DEALS  64% OFF
-64% Excellent Selena P...
$9.31
QuickShip

HOTSELLERS  SCHOOL DEALS  Save $17.54
-66% Excellent Selena P...
$9.14
QuickShip

1 other sellers

NEW FINDS  LIMITED-TIME DEALS  60% OFF
-60% Graphic Tee Casu...
$10.96
QuickShip

NEW FINDS  LIMITED-TIME DEALS  25% OFF
-25% 100% Cotton Anyt...
$10.50   Free Shipping
QuickShip   Free Shipping

HOTSELLERS  SCHOOL DEALS  Save $25.01
-64% Selena-Style Wom...
$13.99   Free Shipping
QuickShip   Free Shipping



-21% 100% Cotton Anyt...
$11.01

HOTSELLERS  Save $16.66
-62% Men's Retro 80s 9...
$10.02



HOTSELLERS  SCHOOL DEALS  Save $15.66
-64% Selena Patterned ...
$8.62



QuickShip    Free Shipping    QuickShip    QuickShip





HOTSELLERS SCHOOL DEALS **Save $26.00**    HOTSELLERS SCHOOL DEALS **Save $6.07**    HOTSELLERS SCHOOL DEALS **Save $20.78**

-65% Selena & Aali-Yah ...    -32% Red Heart I Love ...    -65% Payeah Selena M...

$13.99    $12.91    $11.10

QuickShip    Free Shipping    QuickShip    Free Shipping    QuickShip    Free Shipping




NEW FINDS LIMITED-TIME DEALS **25% OFF**    HOTSELLERS SCHOOL DEALS **Save $15.66**    HOTSELLERS SCHOOL DEALS **Save $16.64**

-25% 100% Cotton Hap...    -64% Selena Forever T-...    -66% Selena Graphic T-...

$10.50    $8.62    $8.64

QuickShip    Free Shipping    QuickShip    QuickShip

1 other sellers >





-75% Retro Selena Shirt...    -57% Selena Eternal Pat...    -64% Retro Selena Shirt...

$9.99    NEW FINDS LIMITED-TIME DEALS **57% OFF** $11.25    $13.99

QuickShip    Free Shipping    QuickShip    Free Shipping    QuickShip    Free Shipping

2 other sellers >







`-70%` & Selena Graphic …

**$12.02**

QuickShip   Free Shipping

`-45%` Selena Amor T-Shirt

**$14.38**

QuickShip

`-60%` Selena Double Sid…

**$10.83**

QuickShip

Total 20 Pages   ‹   **1**   2   3   4   5   6   7   8   9   10   ›

**Didn't find what you're looking for?**
**Send Feedback**



**COMPANY INFO**
About SHEIN
Sustainability
Fashion Blogger
Supply Chain
Careers
Student Discount
SHEIN101

**HELP & SUPPORT**
Shipping Info
Returns
Refunds
How to Order
How to Track
Size Guide
SHEIN VIP
Sell on SHEIN

**CUSTOMER CARE**
Contact Us
Payment & Tax
Bonus Point
Recalls
Coupon

**FIND US ON**

**DOWNLOAD SHEIN APP TO SAVE MORE!**

**SIGN UP FOR SHEIN STYLE NEWS**

Your Email Address   Subscribe

US + 1   WhatsApp Account   Subscribe

By clicking the SUBSCRIBE button, you are agreeing to our Privacy & Cookie Policy.
If you want to unsubsribe the marketing email, please proceed to our privacy center

**WE ACCEPT**

©2009-2025 SHEIN All Rights Reserved

Privacy Center   |   Privacy & Cookie Policy

Do Not Sell or Share My Personal Information   |   Terms & Conditions

Marketplace IP Rules   |   IP Notice   |   Imprint   |   Accessibility   |   Ad Choice