EXHIBIT "B"




$5.44    $14.53    $9.04    $8.53

QuickShip    QuickShip    QuickShip    Free Shipping



Save $11.01

Local  -58%  Plus Size Retro Gra...    Local  Retro Quintanilla S...    Local  -70%  2025 Selena Forev...    Local  -70%  Selena Prez Inspire...

$7.98    $7.03    $7.82    $6.67

QuickShip  Free Shipping    QuickShip

Save $12.85    Save $14.46    Save $3.84    Save $17.96

Local  -60%  Selena Womens Gr...    Local  -67%  Selena & Unisex T-...    Local  -24%  Selena Portrait Gra...    Local  -67%  Men Casual Black ...

$8.63    $7.02    $12.14    $8.72

Free Shipping    QuickShip  Free Shipping    QuickShip

10 other sellers

Save $18.14    Save $19.96    Save $18.33

Local  -68%  Men's 90s Music Si...    Local  -75%  Man Selena In Lovi...    Local  -73%  Vintage Graphic-S...    Local  -70%  Men'S Casual Blac...

$8.54    $6.72    $7.99    $7.95

QuickShip    QuickShip    QuickShip  Free Shipping    QuickShip

17 other sellers    8 other sellers    10 other sellers








Save $17.96

Local  -66%  Selena Quantinilla ...    Local  -67%  Excellent Selena Pr...    Local  -72%  Women's Selena-I...    Local  -59%  2025 Unisex Sum...

$7.35    $8.72  90+ sold    $5.44    $13.98

$13.70 after coupon

QuickShip    QuickShip  Free Shipping

4 other sellers





Save $25.00

**Local** -81% Vintage Selena & …
⏱ **$5.99**
✅ QuickShip    Free Shipping

**Local** -73% 1pc Women's Sele…
⏱ **$7.99**
✅ QuickShip    Free Shipping
4 other sellers ›

HOTSELLERS   BIG DEALS   Save $26.80
**Local** -60% SELENA THEMED …
**$18.20**
✅ QuickShip    Free Shipping

HOTSELLERS   BIG DEALS   Save $15.67
**Local** -52% Selena & Forever …
**$14.31**

Save $17.44
**Local** -42% Selena & Forever …
**$12.38**
✅ QuickShip

Valentine's Day   Save $17.44
**Local** -67% [1pc Selena Inspire…
**$8.44**
✅ QuickShip
1 other sellers ›

HOTSELLERS   BIG DEALS   Save $13.59
**Local** -53% Excellent Selena Pr…
⏱ **$12.29**
✅ QuickShip    Free Shipping

**Local** -75% Men'S Casual Blac…
⏱ **$4.93**
✅ QuickShip    Free Shipping

HOTSELLERS   BIG DEALS   Save $18.14
**Local** -68% Vintage Selena & …
⏱ **$8.54**
✅ QuickShip

HOTSELLERS   BIG DEALS   Save $14.67
**Local** -68% MenS Casual Black…
⏱ **$6.81**

HOTSELLERS   BIG DEALS   Save $11.30
**Local** -57% Vintage Selena & …
⏱ **$8.70** 100+ sold
✅ QuickShip    Free Shipping
4 other sellers ›

HOTSELLERS   BIG DEALS   Save $17.83
**Local** -68% Men'S Selena Retr…
⏱ **$8.45**
13 other sellers ›

BIG DEALS   Save $13.85
**Local** -63% Men'S Casual Blac…
**$8.14**
✅ QuickShip    Free Shipping

HOTSELLERS   BIG DEALS   Save $17.21
**Local** -66% Selena Amor Grap…
⏱ **$8.87**

HOTSELLERS   BIG DEALS   Save $10.78
**Local** -69% Selena & Retro Gr…
⏱ **$4.80**

HOTSELLERS   BIG DEALS   Save $15.44
**Local** -63% Selena Tribute, Leg…
⏱ **$9.04**
✅ QuickShip





Save $14.82
HOTSELLERS     Save $14.46
BIG DEALS     Save $13.92
Valentine's Day     Save $25.00

Local -69% Vintage Retro Pop ...
$6.66
QuickShip

Local Selena & Unisex T-...
$7.02

Local -71% Men'S Casual Blac...
$5.76

Local -81% Vintage Selena & ...
$5.99  70+ sold
QuickShip     Free Shipping
4 other sellers

CURVE

NEW FINDS  Limited-Time Deals     Save $18.21
HOTSELLERS     Save $55.01
BIG DEALS     Save $17.21
BIG DEALS     Save $10.78

Local -79% Vintage Selena An...
$4.87

Local -85% Men'S Casual Blac...
$9.98
QuickShip     Free Shipping
2 other sellers

Local -66% Selena Amor Grap...
$8.87

Local -69% Selena & Retro Gr...
$4.80

CURVE     CURVE     CURVE     CURVE

Local -42% Retro Selena Inspir...
$15.38

Local -42% 1pc Women'S Sele...
$15.38

Local -42% 1pc Selena Amor P...
$15.38

Local -42% Crew Neck T-Shirt ...
$15.38

100% COTTON

BIG DEALS     Save $10.00
HOTSELLERS     Save $19.72

Local -50% Retro Selena Shirts...
$10.00
QuickShip     Free Shipping

Local -42% [1pc Selena Inspire...
$14.78

Local -42% Selena & Aali-Yah ...
$14.78

Local -77% Top PickLocalVinta...
$5.96

HOTSELLERS     Save $17.21
BIG DEALS     Save $17.21

Local -66% Selena La Reina Gr...
$8.87

Local -70% Men'S Casual Blac...
$5.99

Local -53% Women'S Black Sel...
$9.86

Local -66% Selena Dreamer Gr...
$8.87

 QuickShip  Free Shipping     QuickShip  Free Shipping






BIG DEALS  Save $15.25    BIG DEALS  Save $18.63    BIG DEALS  Save $17.21    BIG DEALS  Save $14.60

Local -61% Men Casual Black ...    Local -70% 2025 Selena Forev...    Local -66% Selena Forever Shi...    Local -68% Selena Shirt, Selen...

**$9.75**    **$8.05**    **$8.87**    **$6.88**

QuickShip  Free Shipping






Save $14.46    BIG DEALS  Save $20.82    Save $17.21

Local -58% Vintage Selena & ...    Local -67% Selena Quantinilla ...    Local -83% Vintage Graphic T-...    Local -66% Selena In Loving ...

**$8.38**    **$7.02**    **$4.18**    **$8.87**

QuickShip  Free Shipping    QuickShip  Free Shipping

4 other sellers






Valentine's Day  Save $12.70    HOTSELLERS  Save $17.21    BIG DEALS  Save $32.63    BIG DEALS  Save $23.33

Local -55% Selena & Aaliyahs ...    Local -66% Selena Dreamer Gr...    Local -71% Men'S & Women'S...    Local -50% Men'S & Women'S...

**$10.48**    **$8.87**    **$13.35**    **$22.95**

QuickShip    QuickShip






HOTSELLERS  BIG DEALS  Save $10.74    HOTSELLERS  BIG DEALS  Save $15.44    Valentine's Day  Save $12.60    Valentine's Day  Save $35.00

Local -54% Vintage Graphic T-...    Local -63% Selena Tribute, Leg...    Local -50% Selena Amor T-Shi...    Local -70% And Haughton Ph...

**$9.16**    **$9.04**    **$12.68**    **$15.00**

QuickShip  Free Shipping    QuickShip    Free Shipping








HOTSELLERS    Save $18.14

Local  -68%  Men'S Selena Grap...
$8.54
QuickShip

Valentine's Day    Save $17.94

Local  -68%  Retro Vintage Sele...
$8.54
QuickShip

HOTSELLERS    Save $25.27

Local  -74%  Selena Colorful Re...
$8.94
QuickShip    Free Shipping
2 other sellers    >

Local  -63%  Men'S Casual Blac...
$8.57

Total 15 Pages    1 2 3 4 5 6 7 8 9 10 >

Didn't find what you're looking for?  Send Feedback



COMPANY INFO
About SHEIN
Sustainability
Fashion Blogger
Supply Chain
Careers
Student Discount
SHEIN101

HELP & SUPPORT
Shipping Info
Returns
Refunds
How to Order
How to Track
Size Guide
SHEIN VIP
Sell on SHEIN

CUSTOMER CARE
Contact Us
Payment & Tax
Bonus Point
Recalls
Coupon
SHEIN Gift Card
FAQ

FIND US ON

SIGN UP FOR SHEIN STYLE NEWS
Your Email Address    Subscribe
US + 1    WhatsApp Account    Subscribe

By clicking the SUBSCRIBE button, you are agreeing to our Privacy & Cookie Policy  If you want to unsubsribe the marketing email, please proceed to our privacy center.

DOWNLOAD SHEIN APP TO SAVE MORE!

WE ACCEPT

©2009-2026 SHEIN All Rights Reserved
Privacy Center | Privacy & Cookie Policy | Do Not Sell or Share My Personal Information |
Terms & Conditions | Marketplace IP Rules | IP Notice | Accessibility | Imprint