GREENBERG TRAURIG, LLP
VALERIE W. HO (SBN 200505)
*Valerie.Ho@gtlaw.com*
DAVID H. MARENBERG (SBN 329154)
*MarenbergD@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700

Attorneys for Defendants Shein Distribution
Corporation, Shein US Services, LLC, Shein
Technology, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Q PRODUCTIONS, INC., a Texas corporation, and SUZETTE QUINTANILLA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; SHEIN US SERVICES, LLC, a Delaware limited liability company, and SHEIN TECHNOLOGY LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.: 2:26-cv-02588-JFW-ACCV<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br>Assigned to:  Hon. John F. Walter |

## **DECLARATION OF VALERIE W. HO**

I, Valerie W. Ho, declare as follows:

1.      I am an attorney at law licensed to practice before all courts in California, and a Shareholder at Greenberg Traurig, LLP, counsel of record for Defendants Shein Distribution Corporation, Shein US Services, LLC, and Shein Technology, LLC ("Shein Defendants") in this action. I have personal knowledge of the matters set forth in this Declaration, and if called upon to testify, I could and would competently testify thereto.

2.      I am the lead trial counsel for the Shein Defendants in this action.

3.      I am a registered "ECF User."

4.      My e-mail address of record is Valerie.Ho@gtlaw.com.

5.      I have consented to the service and receipt of filed documents by electronic means.

6.      I confirm that I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 22, 2026, in Los Angeles, California.

*/s/ Valerie W. Ho*
Valerie W. Ho

1

ACTIVE 722842808