**SINGH, SINGH & TRAUBEN, LLP**
**THOMAS K. RICHARDS** (SBN: 310209)
  trichards@singhtraubenlaw.com
**MICHAEL A. TRAUBEN** (SBN: 277557)
  mtrauben@singhtraubenlaw.com
400 S. Beverly Drive, Suite 240
Beverly Hills, California 90212
Tel: 310.856.9705 | Fax: 888.734.3555

*Attorneys for Plaintiffs*
Q PRODUCTIONS, INC. and
SUZETTE QUINTANILLA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q PRODUCTIONS, INC., a Texas corporation, and SUZETTE QUINTANILLA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; SHEIN US SERVICES, LLC, a Delaware limited liability company, and SHEIN TECHNOLOGY LLC, a Delaware limited liability company,<br><br>Defendants.<br>_____ | ) Case No.: 2:26-cv-02588-JFW (ACCVx)<br>)<br>)<br>) Honorable John F. Walter<br>) Courtroom 7A<br>)<br>) **DECLARATION OF LEAD TRIAL**<br>) **COUNSEL RE: COMPLIANCE WITH**<br>) **LOCAL RULES GOVERNING**<br>) **ELECTRONIC FILINGS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SINGH,
SINGH &
TRAUBEN,
LLP

DECLARATION OF LEAD TRIAL COUNSEL
CIVIL ACTION NO. 2:26-cv-02588-JFW (ACCVx)

I, Michael A. Trauben, declare as follows:

1.      I am an attorney at law duly licensed to practice before the Courts of the State of California and before this Court. I am a partner with the law firm of Singh, Singh & Trauben, LLP, attorneys of record for Plaintiffs Q Productions, Inc. and Suzette Quintanilla (collectively, "**Plaintiffs**") in this action. I have personal knowledge of the matters set forth in this Declaration, and if called upon to testify, I could and would competently testify thereto.

2.      I am the lead trial counsel for the Plaintiffs in this action.

3.      I am a registered CM/ECF User.

4.      My e-mail address of record is [Mtrauben@SinghTraubenLaw.com](mailto:Mtrauben@SinghTraubenLaw.com).

5.      I have consented to the service and receipt of filed documents by electronic means.

6.      I confirm that I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of May 2026 at Beverly Hills, California.


/s/ Michael A. Trauben
Michael A. Trauben

SINGH, SINGH & TRAUBEN, LLP

2

DECLARATION OF LEAD TRIAL COUNSEL
CIVIL ACTION NO. 2:26-cv-02588-JFW (ACCVx)