# EXHIBIT "A"

# United States of America
## United States Patent and Trademark Office

**Reg. No. 5,522,456**

**Registered Jul. 24, 2018**

**Int. Cl.: 16, 18, 21, 25**

**Trademark**

**Principal Register**

Quintanilla, Abraham (UNITED STATES INDIVIDUAL)
5410 Leopard St.
Corpus Christi, TEXAS 78408

CLASS 16: Posters; Trading cards; Advertising posters; Collectable trading cards; Educational publications, namely, educational learning cards, flash cards, activity cards, workbooks, textbooks, activity books, story books, puzzle books, printed puzzles, teacher guides, manuals, posters and educational booklets in the field of the individual Selena Quintanilla-Perez; Mounted posters; Unmounted posters

FIRST USE 3-23-1989; IN COMMERCE 1-27-1994

CLASS 18: All-purpose athletic bags; All-purpose reusable carrying bags; Backpacks, book bags, sports bags, bum bags, wallets and handbags; Carry-all bags; Cosmetic bags sold empty; Drawstring bags; Duffel bags; Handbags, purses and wallets; Sling bags; Tote bags

FIRST USE 3-23-1989; IN COMMERCE 1-27-1994

CLASS 21: Glass bowls; Glass dishes; Glass mugs; Insulated carriers for food and beverages; Insulated containers for beverage cans for domestic use; Insulating sleeve holder for beverage cups; Insulating sleeve holder for bottles; Insulating sleeve holders for beverage cans; Beer glasses; Drinking glasses; Heat-insulated containers for beverages; Mason jars; Portable beverage container holder; Shot glasses; Thermal insulated wrap for cans to keep the contents cold or hot; Tumblers for use as drinking glasses; Wine glasses

FIRST USE 3-23-1989; IN COMMERCE 1-27-1994

CLASS 25: Footwear; Headwear; Headwear, namely, hats, caps, visors, bandanas; Loungewear; Outerwear, namely, coats, hats, jackets, gloves; Pants; Scarves; Shirts; Shirts and short-sleeved shirts; Shorts; Sweatshirts; Swimwear; Tank-tops; Tank tops; Underwear; Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; Bottoms as clothing; Caps being headwear; Hooded sweatshirts; Sweat shirts; T-shirts; Tee shirts; Tops as clothing; Visors being headwear; Wearable garments and clothing, namely, shirts; Women's clothing, namely, shirts, dresses, skirts, blouses

FIRST USE 3-23-1989; IN COMMERCE 1-27-1994

The mark consists of the word "Selena" in a cursive-stylized format.

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

OWNER OF U.S. REG. NO. 4160607

The Name "SELENA" does not identify a living individual.

SER. NO. 87-500,039, FILED 06-21-2017

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,671,743**

**Registered Jan. 28, 2025**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

Abraham Quintanilla, Jr. (UNITED STATES INDIVIDUAL)
5410 Leopard Street
Corpus Christi, TEXAS 78408

CLASS 18: Carry-all bags; Drawstring bags

FIRST USE 11-30-2022; IN COMMERCE 11-30-2022

CLASS 25: Shirts; T-shirts

FIRST USE 11-30-2022; IN COMMERCE 11-30-2022

The mark consists of the wording "Selena" in stylized signature script. To the right of the wording is a stylized heart with a dot located in the upper right section of the heart.

OWNER OF U.S. REG. NO. 4160607, 5993615, 5522456

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 90-531,251, FILED 02-16-2021

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.