# EXHIBIT "B"

SINGH, SINGH & TRAUBEN, LLP
ATTORNEYS AT LAW
BEVERLY HILLS

SIMRAN A. SINGH, ESQ. *
DALJINDER SINGH, ESQ. ^
MICHAEL A. TRAUBEN, ESQ. +
THOMAS K. RICHARDS, ESQ. ~
CHRISTOPHER R. NAVARRO, ESQ.*
MICHAEL JON SAMUELS, ESQ. ~
JUSTIN R. TRAUBEN, ESQ.
JONATHAN E. LARR, ESQ.
MICHELLE YEGIYANTS, ESQ.

* Admitted in California and Florida.
^ Admitted in California, Florida, New York and Washington.
\+ Admitted in California, Florida and Michigan.
~ Admitted in California and New York.

Justin R. Trauben
Telephone: 310.856.9705
jtrauben@singhtraubenlaw.com

August 1, 2025

**VIA ELECTRONIC AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Shein Distribution Corporation
Shein US Services, LLC
Shein Technology LLC
757 S Alameda St Suite 220
Los Angeles, California 90021
legal@shein.com

With copy to:

Paracorp Incorporated
Attn.: Shein US Services, LLC
2804 Gateway Oaks Dr.
Sacramento, California 95833

**Re:** ***Q Productions, Inc., et al. v. Shein Distribution Corporation, et al.***

**Selena | Demand for Cessation of Infringement**

To Whom It May Concern:

We are writing in representation of Q Productions, Inc. ("**Q Productions**"), the Estate of Selena Quintanilla, and Suzette Quintanilla ("**Quintanilla**") (individually and collectively, the "**Estate**"), specifically in connection with your unauthorized promotion and sale of services and/or merchandize through or containing the name, identity, image and depicted likeness of

Selena Quintanilla ("**Selena**"), and registered Selena trademarks. The Estate is the sole and exclusive owner of all rights of publicity in and to the name, image and likeness of Selena[1] and the registered trademark owner for the iconic Selena logos, Registered Trademark Nos. 4160607 and 5522456 (the "**Selena Marks**").

Shein Distribution Corporation, Shein US Services, LLC and Shein Technology LLC (invidually and collectively "**SHEIN**" or "**you**") are actively marketing and promoting infringing merchandise through its website, https://us.shein.com, and various social media profiles. This merchandise includes, but is not limited to, countless t-shirts and related merchandise featuring Selena's likeness and infringing the Selena Marks. These actions (collectively, the "**Infringing Activities**") directly and materially violate the Estate's rights. A composite compilation of evidence documenting the Infringing Activities is attached hereto as **Exhibit "A"**.

To be clear, such knowing sale, advertising and/or promotion of goods and/or services containing Selena's image and likeness is a direct violation of California law under California Civil Code § 3344 for commercial misappropriation and Texas law under Tex. Prop. Code Ann. § 26.001 *et seq*. Simply, *any* distribution or promotion of infringing products through the infringement of The Estate's exclusive rights, whether online or in person, whether custom created by your end-users or created by you directly, is strictly prohibited. For claims brought under Texas' statutory Right of Publicity, the statute provides for a whole host of legal remedies, including, damages suffered by The Estate, your profits, exemplary damages and attorneys' fees and expenses. *See* Tex. Prop. Code Ann. § 26.013.

Accordingly, we hereby demand that you **immediately cease and desist** the creation, design, sale, marketing, promotion, distribution and display of any and all goods and/or services that contain any of the name, image, likeness or depiction of Selena or the Selena Marks, including, without limitation, the identified Infringing Activities. We further demand that you refrain from any similarly infringing conduct in the future. Specifically, the Estate demands that you hereafter cease and desist in the creation, design, sale, marketing, promotion, distribution and/or display of any and all goods and/or services that contain any of the name, image, likeness or depiction of Selena or the Selena Marks.

**Within seven (7) business days from the date of this notice, you are hereby directed to provide the Estate, care of the undersigned law firm, with a full, detailed, and accurate accounting of all revenues and profits realized by SHEIN to date in connection with its marketing, promotion, and sale of unauthorized merchandise exploiting the name, identity, image, and likeness of Selena and/or the unauthorized use of the Selena Mark.**

We further demand that all necessary steps are taken to identify, retain, and preserve all emails, text messages, social media posts, messages sent via social media or related platforms, documents, tangible items, and all other electronically stored information in your possession,

[1] Quintanilla is registered as the successor-in-interest to Selena's right of publicity with the California Secretary of State in conformity with Cal. Civ. Code § 3344.1 and the Texas Secretary of State in conformity with Chapter 26 of the Texas Prop. Code and Chapter 76 of the Texas Administrative Code. The Estate owns one hundred percent (100%) of all rights in and to Selena's name and likeness.

custody, or control that may contain information that is relevant to the claims and defenses in this dispute. Be advised that any deletion of such data or information may constitute evidence spoliation. This data includes not only information that can be perceived and read by your computer systems, but also all data resident on relevant electronic media that cannot be perceived by your computer system but that can be recovered and analyzed using computer forensic techniques.

Nothing herein contained shall be deemed a waiver of any of the Estate's rights or remedies, in law or in equity, regarding the nature of this dispute, any of which not hereinabove set forth are hereby specifically reserved.

We look forward to your prompt response.

Sincerely,

Justin R. Trauben

JRT/nh

# EXHIBIT "A"

FREE STANDARD SHIPPING *CONDITIONS APPLY | FREE RETURNS CONDITIONS APPLY | PRICE DROP PRICING & TARIFF FAQ

SHEIN

Search

0 0

Categories New In Sale Women Clothing Beachwear Kids Curve Men Clothing Shoes Underwear & Sleepwe

Home / Sports & Outdoor / Men Outdoor Apparel / Men Outdoor Tops / Men Outdoor Tees & Tanks / Excellent Selena Prez Inspired Men'S Black Cotton T-Shirt







Excellent Selena Prez Inspired Men'S Black Cotton T-Shirt - Comfortable Round Neck, Short Sleeves With Vibrant...

SKU: st25071633586536429

$9.14 $26.68 -66%

Limited Time Price Drop

**Size**

S M L XL XXL XXXL

All Size are eligible for QuickShip

Qty: 1

**ADD TO CART**
66% off discount

Earn up to 9 SHEIN Points calculated at checkout.

**Warehouse 1 to** United States

**Free Shipping (If orders ≥ $29.00 from this seller) & QuickShip**
Standard Shipping Estimated Delivery: 08/07/2025-08/13/2025
68.95% are ≤ 4 business days

**Return Policy**
Free Return & Exchange

**Shopping Security** 1/2
✓Safe Payments ✓Secure Logistics ✓Customer Service

Marketplace **Sold by xingm**
Ships from xingm US Warehouse
To report this seller and/or product >

Marketplace Sold by xingm
Ships from xingm US Warehouse
To report this seller and/or product >

**Description** +

**About Store** −

xingm
**xingm** 3P Seller
4.77 Rating | 1K Items | 1 Followers

All Items + Follow

## More Details(5)









## Customers Also Viewed




-66% Men's Vintage ...
$9.12
1.0k+ sold
QuickShip Free Ship




-66% Heavy Metal S...
$9.12
QuickShip Free Ship




-66% Hogan T-Shirt ...
$9.12
QuickShip Free Ship




-66% Men's Heavyw...
$9.12
QuickShip Free Ship




-66% Blizzard Of Oz...
$9.12
QuickShip Free Ship




-66% Jeff Buckley Gr...




-66% Youngboy Nev...




-56% Top - Frank Oc...




-66% Baecation Matc...




-64% [New Hip Hop ...

$9.12 | QuickShip | Free Ship

$9.02 | QuickShip | Free Ship

$11.38 | QuickShip | Free Ship

$9.18 | QuickShip | Free Ship

$9.09 | QuickShip | Free Ship



HOTSELLERS SCHOOL DEALS Save $17.56

-66% Y2K Men's Cas…

$9.12

QuickShip | Free Ship



HOTSELLERS SCHOOL DEALS Save $17.66

-66% 'Youngboy Nev…

$9.02

QuickShip | Free Ship



HOTSELLERS SCHOOL DEALS Save $17.36

-66% Exclusive Desi…

$9.12

200+ sold

QuickShip | Free Ship



HOTSELLERS SCHOOL DEALS Save $17.36

-66% D Rose All Star…

$9.12

100+ sold

QuickShip | Free Ship



HOTSELLERS SCHOOL DEALS Save $17.36

-66% Men's Redd Gh…

$9.12

200+ sold

QuickShip | Free Ship

View More

GET EXTRA 30%

**COMPANY INFO**

About SHEIN
Sustainability
Fashion Blogger
Supply Chain
Careers
Student Discount
SHEIN101

**HELP & SUPPORT**

Shipping Info
Returns
Refunds
How to Order
How to Track
Size Guide
SHEIN VIP
Sell on SHEIN

**CUSTOMER CARE**

Contact Us
Payment & Tax
Bonus Point
Recalls
Coupon

**FIND US ON**

**DOWNLOAD SHEIN APP TO SAVE MORE!**

**SIGN UP FOR SHEIN STYLE NEWS**

Your Email Address | Subscribe

US + 1 | WhatsApp Account | Subscribe

By clicking the SUBSCRIBE button, you are agreeing to our Privacy & Cookie Policy
If you want to unsubsribe the marketing email, please proceed to our privacy cei

FREE STANDARD SHIPPING *CONDITIONS APPLY | FREE RETURNS CONDITIONS APPLY | PRICE DROP PRICING & TARIFF FAQ

SHEIN

selena t shirt

0 0

Categories | New In | Sale | Women Clothing | Beachwear | Kids | Curve | Men Clothing | Shoes | Underwear & Sleepwe

Search results for *"Selena T Shirt"*

**Filter**

**Category**

- Women Apparel
- Men
- Sports & Outdoor
- Kids
- Underwear & Sleepwear
- Bags & Luggage

**Style**

- Casual
- Sexy
- Cute
- Party
- Street

**Pattern Type**

- Letter
- Slogan
- Cartoon
- Camo
- Galaxy
- Colorblock

+ View More

**Size**

- XS
- S
- M
- L
- XL
- XXL

+ View More

**Length**

Sort By **Recommend** | QuickShip




-60% Retro T-Shirt - Trib…
$10.47
QuickShip Free Shipping




Trends #SummerHoliday
-71% Selena Quintanira …
$7.57 200+ sold
QuickShip




-60% Selena And A Aliya…
$10.47 70+ sold
QuickShip




-66% Men'S Casual Blac…
$9.12
QuickShip




-64% Selena Forever W…
$8.62 50+ sold
QuickShip



-65% Selena Colorful Re…
$8.99
QuickShip



-45% Funny Selena Wo…
$14.38 70+ sold
QuickShip




-71% Inspired By Selena…
$7.57
QuickShip




-63% Excellent Selena P…
$9.70
QuickShip Free Shipping

3 other sellers >




-65% Selena Forever M...

$9.19

QuickShip




-61% Selena Double Sid...

$10.53

QuickShip




-64% Selena Graphic C...

$9.31

QuickShip




-65% Selena - Selena Bi...

$10.05

QuickShip




-45% Vintage Selenas Q...

$14.38

QuickShip




-63% Selena-Style Wom...

$10.27

QuickShip




-66% Men's Round Neck...

$9.12

QuickShip



-67% Selena Inspired W...

$9.47

QuickShip




-67% Selena-Inspired W...

$7.88

QuickShip











-45% 2025 Selena Fore…
$14.38
QuickShip

-62% Selena "Dreaming …
$9.91
QuickShip

-52% Selena Pérez Vint…
$13.99
QuickShip Free Shipping




-25% 100% Cotton Anyt…
$10.50
QuickShip Free Shipping




-70% Selena And A Aliya…
$11.99
QuickShip Free Shipping



-45% Aria Selena T-Shirt…
$14.98
QuickShip




-65% Selena Forever W…
$9.18
QuickShip




-66% Selena Portrait Gr…
$8.74
QuickShip




Trends #FlowerSeason >
-45% Official Selena Go…
$14.38
QuickShip




-69% Selena Graphic Te…
$8.02
QuickShip




-67% Men's Black Cotto…
$8.85
QuickShip




-67% Loteria - Cantante …
$9.76
QuickShip









-72% Men's Black Selen…

$10.99

QuickShip Free Shipping



-64% Vintage "Selena" …

$9.34

QuickShip




-64% [1pc Selena Inspir…

$8.62

QuickShip



20:40:52:0 | -57% Vintage …

$11.27

QuickShip




-22% Anything Selena's.…

$11.71

QuickShip Free Shipping




-65% Selena In Loving …

$9.19

QuickShip

1 other sellers




-67% Retro Vintage Sele…

$8.85

QuickShip




-64% Women's Classic …

$9.31

QuickShip



-45% Refreshing Summ…

$14.38

QuickShip



-46% 180g Pure Cotton …

$13.68

QuickShip




-63% Music - Tribute Na…

$9.91

QuickShip




-63% 1pcs Selena Amor …

$9.67

QuickShip




-66% Selena Women's …

$9.89

QuickShip




-64% 1pc Women'S Sel…

$9.31

QuickShip




-64% Selena Forever W…

$8.62

QuickShip



-45% Funny Selena-Insp…

$14.38

QuickShip




Trends #SummerHoliday ›

-60% 1pcs Selena Doubl…

$10.83

QuickShip




-60% Graphic Tee Casu…

$10.96

QuickShip



-65% SELENA GRAPHI…

$9.22

QuickShip




-69% Payeah Selena M…

$7.95

QuickShip




-65% Selena Forever T-…

$9.13

QuickShip









-21% 100% Cotton Tee...
$11.01
QuickShip Free Shipping

-53% Men's Sports Sele...
$9.34
QuickShip Free Shipping

-48% Plus Size Selena ...
$13.58
QuickShip Free Shipping




-63% 1pcs Perez Portrai...
$9.67
QuickShip




-55% Women's Summer...
$7.10
QuickShip




-57% Selena Gomezs T-...
$11.27
QuickShip




-58% Selena Eternal Me...
$10.99
QuickShip Free Shipping
1 other sellers



-45% Comfortable Sum...
$14.38
QuickShip




-60% Selena Double Sid...
$10.83
QuickShip



-52% & Selena Graphic ...
$13.99
QuickShip Free Shipping




-70% & Selena Graphic ...
$12.02
QuickShip Free Shipping




-66% Payeah Women's ...
$9.82
QuickShip









-45% Selena Amor Prohi…

$14.38

QuickShip




-64% Selena Forever W…

$8.62

QuickShip

1 other sellers



-45% Funny Selena Wo…

$14.38

QuickShip




-70% 1pcs Selena Amor …

$11.99

QuickShip Free Shipping




-55% I HEART LOVE S…

$11.77

QuickShip Free Shipping




-64% Excellent Selena P…

$9.31

QuickShip

1 other sellers




-66% Selena Graphic T-…

$8.64

QuickShip

1 other sellers




Trends #RedFiestaVibes >

-45% Vintage Selena An…

$14.98

QuickShip




-71% Selena Quintanira …

$7.57

QuickShip




-50% Men's Selena Quin…




-63% [Selena-Style T-Sh…




-64% (100% Cotton Sele…

$13.07
QuickShip

$9.10
QuickShip

$13.99
QuickShip Free Shipping




-67% Classic Cotton Sh…
$8.68
QuickShip




-46% Selena Memory R…
$9.98
QuickShip




-64% Retro Selena Shirt…
$13.99
QuickShip Free Shipping




-67% Selena's Style 90s…
$9.47
QuickShip




-61% Selena Double Sid…
$10.53
QuickShip




-52% & Selena Graphic …
$9.59
QuickShip Free Shipping




-45% 2025 Selena T-Shi…
$14.38
QuickShip




-58% Selena Eternal Pat…
$10.99
QuickShip Free Shipping




-58% T-Shirt Selena Per…
$10.99
QuickShip Free Shipping









HOTSELLERS SCHOOL DEALS Save $16.84

-66% Selena Forever W…
$8.64
QuickShip


HOTSELLERS SCHOOL DEALS Save $25.01

-64% Selena-Style Wom…
$13.99
QuickShip Free Shipping



-70% Valentine's Day Se…
$8.75
QuickShip



HOTSELLERS SCHOOL DEALS Save $15.66

-64% Selena Forever T-…
$8.62
QuickShip
1 other sellers




-65% SELENA GRAPHI…
$9.22
QuickShip
1 other sellers



HOTSELLERS SCHOOL DEALS Save $8.20

-41% Valeria Marquez S…
$11.79
QuickShip Free Shipping




-45% Vintage Selena An…
$14.98
QuickShip




-45% Comfortable Sum…
$14.38
QuickShip




-53% Men's SelenaS Qu…
$12.27
QuickShip



HOTSELLERS SCHOOL DEALS Save $27.01

-69% Selena Quintanira …
$11.99
QuickShip Free Shipping




-70% 1pcs Selena Amor …
$11.99
QuickShip Free Shipping



HOTSELLERS SCHOOL DEALS Save $15.50

-55% Anything Selenas, …
$12.49
QuickShip Free Shipping











-62% Selena Colorful Re…
$9.58
QuickShip



-70% Retro Selena Shirt…
$11.98
QuickShip Free Shipping




-58% Selena T-Shirt La …
$10.99
QuickShip Free Shipping




-60% Selena Double Sid…
$10.83
QuickShip




-64% Excellent Selena P…
$9.31
QuickShip
1 other sellers




-66% Excellent Selena P…
$9.14
QuickShip




-60% Graphic Tee Casu…
$10.96
QuickShip




-25% 100% Cotton Anyt…
$10.50
QuickShip Free Shipping




-64% Selena-Style Wom…
$13.99
QuickShip Free Shipping




-21% 100% Cotton Anyt…
$11.01




-62% Men's Retro 80s 9…
$10.02




-64% Selena Patterned …
$8.62

QuickShip Free Shipping | QuickShip | QuickShip




-65% Selena & Aali-Yah …
$13.99
QuickShip Free Shipping




-32% Red Heart I Love …
$12.91
QuickShip Free Shipping




-65% Payeah Selena M…
$11.10
QuickShip Free Shipping




-25% 100% Cotton Hap…
$10.50
QuickShip Free Shipping




-64% Selena Forever T-…
$8.62
QuickShip
1 other sellers




-66% Selena Graphic T-…
$8.64
QuickShip




-75% Retro Selena Shirt…
$9.99
QuickShip Free Shipping




-57% Selena Eternal Pat…
$11.25
QuickShip Free Shipping
2 other sellers




-64% Retro Selena Shirt…
$13.99
QuickShip Free Shipping










-70% & Selena Graphic …
$12.02
QuickShip Free Shipping



-45% Selena Amor T-Shirt
$14.38
QuickShip




-60% Selena Double Sid…
$10.83
QuickShip

Total 20 Pages ‹ 1 2 3 4 5 6 7 8 9 10 ›

Didn't find what you're looking for?
**Send Feedback**

**COMPANY INFO**
About SHEIN
Sustainability
Fashion Blogger
Supply Chain
Careers
Student Discount
SHEIN101

**HELP & SUPPORT**
Shipping Info
Returns
Refunds
How to Order
How to Track
Size Guide
SHEIN VIP
Sell on SHEIN

**CUSTOMER CARE**
Contact Us
Payment & Tax
Bonus Point
Recalls
Coupon

**FIND US ON**

**DOWNLOAD SHEIN APP TO SAVE MORE!**

**SIGN UP FOR SHEIN STYLE NEWS**
Your Email Address
Subscribe
US + 1
WhatsApp Account
Subscribe

By clicking the SUBSCRIBE button, you are agreeing to our Privacy & Cookie Poli
If you want to unsubsribe the marketing email, please proceed to our privacy cente

GET EXTRA 30%

**WE ACCEPT**
VISA G Pay mastercard zip maestro venmo AMERICAN EXPRESS $ DISCOVER affirm Diners Club PayPal Afterpay Klarna Pay

©2009-2025 SHEIN All Rights Reserved
Privacy Center | Privacy & Cookie Policy |
Do Not Sell or Share My Personal Information | Terms & Conditions |
Marketplace IP Rules | IP Notice | Accessibility | Imprint | Ad Choice |