# EXHIBIT “C”

SHEIN

SELENA

0 0

Categories | New In | Sale | Women Clothing | Beachwear | Kids | Curve | Men Clothing | Shoes | Underwear & Sleepwear | Home & Living | Jewelry & Accessories | Beau

Search results for *"SELENA"*

**Filter**

**Category**

- Men
- Women Apparel
- Sports & Outdoor
- Home & Living
- Home Textile
- Apparel Accessories

+ View More

**Neckline**

- Round Neck
- Scoop Neck
- Asymmetrical Neck
- V neck
- Hooded
- Spaghetti Strap

+ View More

**Number Of Pieces**

- 1 Piece Set
- 2 Piece Set

**Color**

- Black
- White
- Pink
- Green
- Grey
- Blue
- Red
- Khaki
- Multi
- Yellow
- Purple
- Brown

**Fabric Elasticity**

- Slight Stretch
- Medium Stretch
- Non-Stretch
- High Stretch

**Material**

- Knitted Fabric
- Fabric
- Woven Fabric
- Polyester
- Cotton Blends
- Glitter

Sort By Recommend | Local | Trends




Local -70% Selenas Shirt Fashi...
$6.48 80+ sold
QuickShip




Local -67% Vintage Graphic T-...
$8.72 200+ sold
QuickShip




Local -65% Unisex 100% Cotto...
$9.46
QuickShip




Local -67% Selena Digital File ...
$7.02
QuickShip




Local -68% [Vintage Selena T-...
$8.54
QuickShip




Local -65% Men's Shirts Crew ...
$5.94
QuickShip Free Shipping




Local -58% Vintage Selena & ...
$8.36
QuickShip Free Shipping




Local -57% Gray Cold Shoulde...
$13.30
QuickShip




Local -65% SELENA Shirt - Sel...
$7.24




Local -68% Selena Forever Gra...
$8.52
QuickShip
10 other sellers




Local -67% Selena Graphic Pri...
$8.72 100+ sold
QuickShip
10 other sellers




Local -67% Men Round Neck ...
$8.72
QuickShip




Local -72% 1PC Selena Amor ...




Local -64% Selena & Forever ...




Local -63% Selena Tribute, Leg...




Local -63% Like The Flower Co...

$5.44

$1[illegible]53
QuickShip

$9.04
QuickShip

$8.53
QuickShip Free Shipping




Local -58% Plus Size Retro Gra...
$7.98
QuickShip Free Shipping



Local -67% Retro Quintanilla S...
$7.03




Local -70% 2025 Selena Forev...
$7.82



Local -70% Selena Prez Inspire...
$6.67
QuickShip




Local -60% Selena Womens Gr...
$8.63
Free Shipping




Local -67% Selena & Unisex T-...
$7.02




Local -24% Selena Portrait Gra...
$12.14
QuickShip Free Shipping




Local -67% Men Casual Black ...
$8.72
QuickShip
10 other sellers




Local -68% Men's 90s Music Si...
$8.54
QuickShip




Local -75% Man Selena In Lovi...
$6.72
QuickShip
17 other sellers



Local -73% Vintage Graphic-S...
$7.99
QuickShip Free Shipping
8 other sellers




Local -70% Men'S Casual Blac...
$7.95
QuickShip
10 other sellers



Local -66% Selena Quantinilla ...
$7.35




Local -67% Excellent Selena Pr...
$8.72 90+ sold
QuickShip
4 other sellers




Local -72% Women's Selena-I...
$5.44



Local -59% 2025 Unisex Sum...
$13.98
$13.70 after coupon
QuickShip Free Shipping



Local -68% Selena Quintanill...
$6.88



Local -67% Vintage Selenas Q...
$8.72
QuickShip



Local -72% Men Selena Retro ...
$7.38
QuickShip
13 other sellers



Local -67% Men Selena Graph...
$8.72
QuickShip



Local -60% Selena T Shirt Larg...
$9.32



Local -69% Selena & Retro Gr...
$4.80



Local -84% Selena Colorful Re...
$5.91
QuickShip Free Shipping



Local -41% Christmas Men 20...
$11.90
Free Shipping



Local -65% Women's Black Sel...
$6.99
QuickShip Free Shipping



Local -68% Selena Colorful Re...
$8.54
QuickShip



Local -18% Selena Portrait Gra...
$13.77
QuickShip Free Shipping



Local -50% Selena Quintanilla...
$11.89
QuickShip


Local -42% Men'S Casual Blac...
$11.68



Local -83% Vintage Selena & ...
$4.99
Free Shipping



Local -67% Kabuda Women's ...
$8.44
QuickShip
5 other sellers



Local -66% Vintage Selenas Q...
$9.04
QuickShip









Local -81% Vintage Selena & ...
$5.99
QuickShip Free Shipping



Local -73% 1pc Women's Sele...
$7.99
QuickShip Free Shipping
4 other sellers




Local -60% SELENA THEMED ...
$18.20
QuickShip Free Shipping




Local -52% Selena & Forever ...
$14.31




Local -42% Selena & Forever ...
$12.38
QuickShip




Local -67% [1pc Selena Inspire...
$8.44
QuickShip
1 other sellers




Local -53% Excellent Selena Pr...
$12.29
QuickShip Free Shipping



Local -75% Men'S Casual Blac...
$4.93
QuickShip Free Shipping




Local -68% Vintage Selena & ...
$8.54
QuickShip




Local -68% MenS Casual Black...
$6.81




Local -57% Vintage Selena & ...
$8.70 100+ sold
QuickShip Free Shipping
4 other sellers




Local -68% Men'S Selena Retr...
$8.45
QuickShip
13 other sellers




Local -63% Men'S Casual Blac...
$8.14
QuickShip Free Shipping




Local -66% Selena Amor Grap...
$8.87




Local -69% Selena & Retro Gr...
$4.80




Local -63% Selena Tribute, Leg...
$9.04
QuickShip













Local -68% Vintage Selena An...
$6.72




Local -72% Women's Classic T...
$8.40
QuickShip Free Shipping
16 other sellers




Local -67% Women Selena-Ins...
$8.72
QuickShip




Local -50% Retro Selena Shirts...
$10.00
QuickShip Free Shipping




Local -94% Vintage Selena & ...
$9.98
Free Shipping



Local -42% SELENA GOMEZs S...
$14.78




Local -42% Retro Selena Quint...
$14.78



Local -63% Vintage Selenas Q...
$9.77




Local -75% Men Casual Black ...
$6.72 70+ sold
QuickShip




Local -58% Selena- Quintanilla...
$16.54
QuickShip



Local -43% 1pc Women'S Sele...
$14.98




Local -69% Selena & Quintanil...
$9.10
QuickShip Free Shipping
1 other sellers




Local -57% 2025 Refreshing S...
$9.64
QuickShip Free Shipping




Local -63% SELENA THEMED ...
$14.86
QuickShip




Local -45% Selena Goez Celeb...
$16.38




Local -71% 2026 New Year Th...
$8.70
QuickShip Free Shipping












Local -69% Vintage Retro Pop ...
$6.66
QuickShip




Local -67% Selena & Unisex T-...
$7.02




Local -71% Men'S Casual Blac...
$5.76




Local -81% Vintage Selena & ...
$5.99 70+ sold
QuickShip Free Shipping
4 other sellers




Local -79% Vintage Selena An...
$4.87




Local -85% Men'S Casual Blac...
$9.98
QuickShip Free Shipping
2 other sellers




Local -66% Selena Amor Grap...
$8.87




Local -69% Selena & Retro Gr...
$4.80




Local -42% Retro Selena Inspir...
$15.38




Local -42% 1pc Women'S Sele...
$15.38




Local -42% 1pc Selena Amor P...
$15.38




Local -42% Crew Neck T-Shirt ...
$15.38




Local -50% Retro Selena Shirts...
$10.00
QuickShip Free Shipping




Local -42% [1pc Selena Inspire...
$14.78



Local -42% Selena & Aali-Yah ...
$14.78




Local -77% Top PickLocalVinta...
$5.96




Local -66% Selena La Reina Gr...
$8.87



Local -70% Men'S Casual Blac...
$5.99



Local -53% Women's Black Sel...
$9.86




Local -66% Selena Dreamer Gr...
$8.87

QuickShip Free Shipping | QuickShip Free Shipping




Local -61% Men Casual Black ...
$9.75
QuickShip Free Shipping




Local -70% 2025 Selena Forev...
$8.05




Local -66% Selena Forever Shi...
$8.87




Local -68% Selena Shirt, Selen...
$6.88



Local -58% Vintage Selena & ...
$8.38
QuickShip Free Shipping
4 other sellers




Local -67% Selena Quantinilla ...
$7.02




Local -83% Vintage Graphic T-...
$4.18
QuickShip Free Shipping




Local -66% Selena In Loving ...
$8.87




Local -55% Selena & Aaliyahs ...
$10.48




Local -66% Selena Dreamer Gr...
$8.87




Local -71% Men'S & Women'S...
$13.35
QuickShip




Local -50% Men'S & Women'S...
$22.95
QuickShip




Local -54% Vintage Graphic T-...
$9.16
QuickShip Free Shipping




Local -63% Selena Tribute, Leg...
$9.04
QuickShip




Local -50% Selena Amor T-Shi...
$12.68




Local -70% And Haughton Ph...
$15.00
Free Shipping












Local -68% Men'S Selena Grap...
$8.54
QuickShip




Local -68% Retro Vintage Sele...
$8.54
QuickShip




Local -74% Selena Colorful Re...
$8.94
QuickShip Free Shipping
2 other sellers




Local -63% Men'S Casual Blac...
$8.57

Total 15 Pages 1 2 3 4 5 6 7 8 9 10

Didn't find what you're looking for? **Send Feedback**

GET EXTRA 30% OFF!

**COMPANY INFO**
- About SHEIN
- Sustainability
- Fashion Blogger
- Supply Chain
- Careers
- Student Discount
- SHEIN101

**HELP & SUPPORT**
- Shipping Info
- Returns
- Refunds
- How to Order
- How to Track
- Size Guide
- SHEIN VIP
- Sell on SHEIN

**CUSTOMER CARE**
- Contact Us
- Payment & Tax
- Bonus Point
- Recalls
- Coupon
- SHEIN Gift Card
- FAQ

**FIND US ON**

**DOWNLOAD SHEIN APP TO SAVE MORE!**

**SIGN UP FOR SHEIN STYLE NEWS**

Your Email Address **Subscribe**

US + 1 WhatsApp Account **Subscribe**

By clicking the SUBSCRIBE button, you are agreeing to our Privacy & Cookie Policy If you want to unsubscribe the marketing email, please proceed to our privacy center.

**WE ACCEPT**

©2009-2026 SHEIN All Rights Reserved

Privacy Center | Privacy & Cookie Policy | Do Not Sell or Share My Personal Information |

Terms & Conditions | Marketplace IP Rules | IP Notice | Accessibility | Imprint |

SHEIN

dresses

0 0

Choose your language preference

Categories New In Sale Women Clothing Beachwear Kids Curve Men Clothing Shoes Underwear & Sleepwear Home & Living Jewelry

Home / Women Apparel / Women Clothing / Women Sweatshirts & Hoodies / SelenaLa Reina T-ShirtTejanoMusic Queen Fan Tee, Retro Latina Pride Shirt






Local SelenaLa Reina T-ShirtTejanoMusic Queen Fan Tee, Retro Latina Pride Shirt

SKU: sz2606161623163090744431

$8.20 ~~$28.78~~ -72%

15% OFF For orders $39.00+

**Color:** Black

Large Image



**Size**

S M L XL XXL

XXXL XXXXL 5XL

Size Guide

Not your size? Tell me your size

All Size are shipped from Local offering faster delivery.

**ADD TO CART**

Earn up to 8 SHEIN Points calculated at checkout.

**Shipping to** United States

**Free Shipping (If orders ≥ $29.00 from this seller)**

Est. Delivery: Jul 16 - Jul 31

**30-Day Free Returns**

**Shopping Security**

✓ Safe Payments ✓ Privacy Protection

Marketplace **Sold by WANGCHAOs**

Ships from WANGCHAOs US Warehouse

To report this seller and/or product

**Description** Fall,Winter,Spring,All,Pullovers,Simulated Effect Printing +

**Size & Fit** +

**About Store** −

**WANGCHAOs** 3P Seller

4.33 Rating | 645 Items | 1 Followers

All Items + Follow

## Customers Also Viewed
















Local -69% Jude Bellingham Vin...

$7.03

QuickShip



Local -73% Quarter Zip Oversize...

$6.18 100+ sold

QuickShip



Local -86% 1pc Women's Casual...

$6.99 200+ sold

QuickShip Free Shipping




Local -78% Professional Minima...

$8.74

QuickShip




Local -46% Unisex KATSEYE Hoo...

$11.51 100+ sold

QuickShip




Local -64% Suki Fast Furious Bo...

$12.52

QuickShip




Local -80% Graphic T-Shirt With...

$5.33 50+ sold

QuickShip




Local -53% Ch.Ris Brown And U...

$9.89

QuickShip




Local -48% Womens Cropped S...

$14.03 50+ sold

QuickShip




Local -41% Growing A Little Pu...

$28.28

QuickShip




Local -41% Hot Off Campus Bria...

$15.98

QuickShip




Local -65% Women's Casual Lon...

$10.07

QuickShip




Local -86% Oakland Vintage Sw...

$6.99

QuickShip Free Shipping




Local -66% Comfort Forrest Fra...

$9.79

QuickShip




Local -71% Whitty Hutton Portr...

$8.29

QuickShip

View More

GET EXTRA 30% OFF!

**COMPANY INFO**

About SHEIN
Sustainability
Fashion Blogger
Supply Chain
Careers
Student Discount
SHEIN101

**HELP & SUPPORT**

Shipping Info
Returns
Refunds
How to Order
How to Track
Size Guide
SHEIN VIP
Sell on SHEIN

**CUSTOMER CARE**

Contact Us
Payment & Tax
Bonus Point
Product Recalls
Coupon
SHEIN Gift Card
FAQ

**FIND US ON**

**DOWNLOAD SHEIN APP TO SAVE MORE!**

**SIGN UP FOR SHEIN STYLE NEWS**

Your Email Address | Subscribe

US + 1 | WhatsApp Account | Subscribe

By clicking the SUBSCRIBE button, you are agreeing to our Privacy & Cookie Policy If you want to unsubsrib the marketing email, please proceed to our privacy center.